UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISAIAH MARCHE HEGGINS,<br><br>Defendant. | CASE NO. CR23-119<br><br>ORDER GRANTING LEAVE TO FILE OVERLENGTH BRIEF |

This matter comes before the Court on Defendant Isaiah Heggins's request to file an overlength Motion to Dismiss Indictment under the Second Amendment. Dkt. No. 24. Heggins states the "motion involves complex constitutional arguments and requires discussion of numerous historical sources," requiring an overlength brief for effective assistance of counsel. *See id*. Heggins filed his Motion to Dismiss on January 30, 2023, the same day as his request to file an overlength brief. Dkt. No. 25. Heggins did not certify a word count in his Motion, but the Court estimates it that it contains approximately 11,368 words. *See id*. The Government has not filed a response yet. *See* Dkt.

**ORDER** GRANTING LEAVE TO FILE OVERLENGTH BRIEF - 1

While Heggins has already filed his Motion as overlength, the Court agrees with Heggins that additional pages are necessary for the motion's complex subject matter and thus grants his request. The Government may file an opposition brief up to 11,400 words, but Heggins's reply, if any, may not exceed 4,200 words without leave of Court. *See* CrR 12(b)(5).

Dated this 1st day of February, 2024.

Jamal N. Whitehead
United States District Judge

**ORDER** GRANTING LEAVE TO FILE OVERLENGTH BRIEF - 2