UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 23-cr-00119 |
| Plaintiff, | ORDER |
| v. | |
| ISAIAH MARCHE HEGGINS, | |
| Defendant. | |

On February 5, 2023, the Government and Defendant Isaiah Marche Heggins filed a stipulation to extend the deadline for the Government's responses to Heggins's motions to dismiss, Dkt. Nos. 23, 25. Dkt. No. 27. The parties did not include a proposed order with their stipulation.

This Court has broad discretion to manage its document, including "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). The parties requested extension is GRANTED.

It is so ORDERED.

**ORDER** - 1

Dated this 7th day of February, 2024.

*[signature]*

Jamal N. Whitehead
United States District Judge

**ORDER** - 2