The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ISAIAH MARCHE HEGGINS, <br><br> Defendant. | NO. CR23-119 JNW <br><br> [PROPOSED] ORDER EXTENDING DEADLINES FOR GOVERNMENT'S RESPONSE BRIEFS |

On February 7, 2023, the Government and Defendant Isaiah Marche Heggins filed a second stipulation to extend the deadline for the Government's responses to Mr. Heggins's motions to dismiss, Dkt Nos. 23, 25. Dkt. No. 27.

This Court has broad discretion to manage its docket, including "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). The parties requested second extension is GRANTED. <u>The deadline for the government's response to Defendant's pending motions to dismiss are each extended by three days, *see* Dkt. Nos. 23, 25, making them due by no later than February 14, 2024.</u> It is so ORDERED.

//

ORDER EXTENDING DEADLINES FOR GOVERNMENT'S
RESPONSE BRIEFS – 1
*United States v. Heggins*, CR23-119 JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

//

//

DATED this 12th day of February 2024.

_____
Jamal N. Whitehead
United States District Judge

ORDER EXTENDING DEADLINES FOR GOVERNMENT'S
RESPONSE BRIEFS – 2
*United States v. Heggins*, CR23-119 JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970