The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR23-119 JNW |
| Plaintiff, | |
| v. | [PROPOSED] ORDER EXTENDING DEADLINES FOR GOVERNMENT'S RESPONSE BRIEFS |
| ISAIAH MARCHE HEGGINS, | |
| Defendant. | |

(Note: "[PROPOSED]" is shown struck through.)

On February 13, 2023, the Government and Defendant Isaiah Marche Heggins filed a third stipulation to extend the deadline for the Government's responses to Mr. Heggins's motions to dismiss, Dkt Nos. 23, 25.

This Court has broad discretion to manage its docket, including "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). The parties requested third extension is GRANTED. The deadline for the government's response to Defendant's pending motions to dismiss are each extended by seven days, *see* Dkt. Nos. 23, 25, making them due by no later than February 21, 2024. It is so ORDERED.

//

| | |
|---|---|
| 1 | DATED this 15th day of February, 2024. |

_____
Jamal N. Whitehead
United States District Judge

ORDER EXTENDING DEADLINES FOR
GOVERNMENT'S RESPONSE BRIEFS – 2
*United States v. Heggins*, CR23-119 JNW

DATED this 15th day of February, 2024.

_____
Jamal N. Whitehead
United States District Judge

ORDER EXTENDING DEADLINES FOR
GOVERNMENT'S RESPONSE BRIEFS – 2
*United States v. Heggins*, CR23-119 JNW