JUDGE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR23-119-JNW |
| Plaintiff, | |
| v. | ORDER TO SEAL EXHIBIT |
| ISAIAH MARCHE HEGGINS, | |
| Defendant. | |

THE COURT has considered the Motion to Seal Exhibit 2 in support of the Defense Sentencing Memorandum, along with the records in this case.

IT IS ORDERED that Exhibit 2 be filed under seal.

DONE this 30th day of May 2024.

*[signature]*

Jamal N. Whitehead
United States District Judge

Presented by:

s/ *Colleen P. Fitzharris*
Assistant Federal Public Defender
Attorney for Isaiah Heggins

ORDER TO SEAL EXHIBIT
(*U.S. v. Heggins,* CR23-119-JNW) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100