THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ISAIAH MARCHE HEGGINS,<br>Defendant. | No. CR23-119-JNW<br><br>ORDER CONTINUING REVOCATION OF SUPERVISED RELEASE HEARING |

THE COURT has considered Mr. Kidd's unopposed motion to continue the hearing on revocation of supervised release currently scheduled for October 29, 2026, along with the records in this case.

IT IS ORDERED that the revocation hearing is reset for December 15, 2026, at 10:30 AM.

DONE this 16th day of October 2026.

JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Colleen P. Fitzharris*
Assistant Federal Public Defender
Attorney for Isaiah Kidd



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**